### <u>AFFIDAVIT IN SUPPORT OF</u>
### <u>CRIMINAL COMPLAINT AND ARREST WARRANT</u>

I, Zachary W. Sedam, being duly sworn, depose and state as follows:

### <u>INTRODUCTION</u>

1.      I am employed as an officer with the United States Secret Service ("USSS"), and have been so employed since October 2016.  I am currently assigned to the Foreign Missions Branch of the USSS, and have been in this position for approximately one year.  I have completed criminal investigation training through the Federal Law Enforcement Training Center in Brunswick, Georgia.  As part of my duties, I investigate violations of federal, state, and local laws pertaining to the protection of foreign missions and the security of the United States.  I have statutory authority to execute warrants issued under the authority of the United States and to make arrests.

2.      Prior to my employment with USSS, I was a Nevada State Trooper from January through October 2016.  I was in the United States Marine Corps from March 2006 through September 2015.  I graduated with an associate's degree from American Military University in June 2017.

3.      The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations made during the course of the instant investigation, as well as the observations of other law enforcement officers involved in the instant investigation.  All observations not personally made by me were relayed to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation.

4.      This affidavit contains information necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the government.

5.     This affidavit is submitted in support of a criminal complaint and an arrest warrant charging LATOYA MAHONEY-SMITH, also known as MAAYALA AL SAUD (hereinafter "MAHONEY-SMITH" or the "DEFENDANT"), who is pictured in the photograph attached hereto as Attachment A, with: (1) falsely assuming or pretending to be a diplomatic, consular, or other official of a foreign government with the intent to defraud within the United States and demanding, obtaining, or attempting to obtain any money, document, or other thing of value, in violation of 18 U.S.C. § 915 (False Impersonation of Foreign Diplomat, Consuls, or Offices), and (2) knowingly, willfully, and intentionally violating a court order initially issued on February 27, 2018, by Judge Staples for the Superior Court for the District of Columbia, in case number 2018-CMD-003317, requiring that DEFENDANT stay away from the Embassy of Saudi Arabia, located at 601 New Hampshire Avenue, N.W., Washington, D.C., in violation of 23 D.C. Code § 1329 (2001 ed.) (Contempt).

6.     The following elements comprise a violation of 18 U.S.C. § 915: (1) false assumption or pretension to be a consular official duly accredited as such to the United States, (2) in such pretended character the obtaining of a thing of value, and (3) an intent to defraud.[1] The following elements comprise a violation of 23 D.C. Code § 1329: (1) a court ordered the DEFENDANT to stay away from the Embassy of Saudi Arabia, located at 601 New Hampshire Avenue, N.W., Washington, DC, (2) the order was clear and specific, (3) the DEFENDANT knew of the order, (4) the DEFENDANT violated the order voluntarily and on purpose, and not by mistake or accident.

---

[1] *Cortez v. United States*, 328 F.2d 51, 52 (5th Cir. 1964).

## <u>STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE</u>

7.     On February 23, 2018, the DEFENDANT went to the Embassy of Saudi Arabia (hereinafter "Embassy"), located at 601 New Hampshire Avenue, N.W., Washington, DC.  While at the Embassy, the Defendant left two black suitcases in front of the building.   The DEFENDANT's actions of leaving two black suitcases in front of the Embassy's building and leaving the Embassy herself caused many agencies to respond to the Embassy, including the USSS and technicians from the Washington, DC, Metropolitan's Police Department's Explosive Unit. In addition, the area surrounding the Embassy was closed to traffic and evacuated for several hours.

8.     On February 26, 2018, the DEFENDANT returned to the Embassy, entered its lobby and refused to leave until she met with the Saudi Arabian Ambassador to the United States (hereinafter "Saudi Arabian Ambassador"), claiming to be a citizen of Saudi Arabia, related to the Saudi Arabian Ambassador and in possession of classified documents to give him.   At the time, the DEFENDANT was holding multiple folders in her hands along with three bags.   In response to the DEFENDANT's claims, the Embassy's Chief-of-Security advised the DEFENDANT that the Embassy's records did not confirm that the Mayaalla Al Saud was, in fact, a citizen of Saudi Arabia.   Subsequently, the Embassy's Chief-of-Security called law enforcement.

9.     Subsequently, USSS Officer Sedam responded to the Embassy on February 26, 2018, at approximately 4:38 p.m.   Once on the scene, Officer Sedam spoke with the Embassy's Chief-of-Security who relayed what had transpired before the officer arrived.   Officer Sedam was advised that Embassy staff asked the DEFENDANT to leave the Embassy and DEFENDANT failed to do so.

10.     Officer Sedam spoke with the DEFENDANT, who was then standing inside the Embassy's main lobby.   Officer Sedam asked the DEFENDANT for identification.   The DEFENDANT

provided Officer Sedam what appeared to be "identification" documents—photocopies of documents seemingly from the Canadian government and which represented that the DEFENDANT's name was Mayaalla-MuQaddim bint Abdullah bin Abdulaziz Al Saud and with a date of birth of September 19, 1978.  Officer Sedam then asked the DEFENDANT why she was at the Embassy.  The DEFENDANT responded that she was there to see the Saudi Arabian Ambassador and that she had classified documents to give him.  The DEFENDANT also claimed that she was the Deputy Crown Princess of Saudi Arabia.  Officer Sedam advised the DEFENDANT that personnel at the Embassy wanted the DEFENDANT to leave the Embassy's premises and asked the DEFENDANT to step outside of the building.  The DEFENDANT complied with Officer Sedam's request and stepped outside of the Embassy's building.

11.     Subsequently, a number of other USSS officers arrived on the scene and attempted to search United States law enforcement records to confirm the information included in the documents the DEFENDANT presented Officer Sedam and representing that the DEFENDANT's name was Mayaalla-MuQaddim bint Abdullah bin Abdulaziz Al Saud and that the DEFENDANT's date of birth was September 19, 1978.

12.     Per law enforcement's search of law enforcement records, law enforcement confirmed that the DEFENDANT's true name is LATOYA MAHONEY-SMITH and that her true date of birth is September 16, 1974.  In addition, law enforcement also verified that the name included on the documents the DEFENDANT provided Officer Sedam, Mayaalla-MuQaddim bint Abdullah bin Abdulaziz Al Saud, is a known alias for the DEFENDANT.   Law enforcement also confirmed that there is an outstanding arrest warrant for LATOYA MAHONEY-SMITH's arrest issued by Florida and charging DEFENDANT with violating terms of probation.  The DEFENDANT is currently on probation for 24 counts of aggravated stalking.

13.     After confirming DEFENDANT's true identity as LATOYA MAHONEY-SMITH, and that personnel from the Embassy previously asked the DEFENDANT to leave the Embassy, to which the DEFENDANT failed to comply, USSS officers arrested the DEFENDANT for unlawful entry, in violation of 22 D.C. Code §3302(a)(1) (2001 ed.).   As she was taken into custody, the DEFENDANT resisted the officers and shouted: "I'm going to fucking kill you!," "I was black ops since before you were born," and "You have no idea the people I've killed."

14.     On February 27, 2018, in criminal case number 2018-CMD-003317, the DEFENDANT was charged with and Attempted Threats of USSS Officers Sedam, Tobin, and Pickering, in violation of 22 D.C. Code §§ 407, 1803 (2001 ed.), and unlawful entry, in violation of 22 D.C. Code § 3302(a)(1) (2001 ed.), and had her initial appearance and arraignment before Judge Staples of Washington, D.C. Superior Court.   On March 2, 2018, the DEFENDANT was ordered released on the condition, inter alia, that she stay away from the Royal Embassy of Saudi Arabia.

## CONDUCT WHILE ON RELEASE IN D.C. SUPERIOR COURT

15.     Shortly after her release, the DEFENDANT continued to use her false identity in an attempt to gain access to diplomatic events in Washington, DC involving Saudi Arabian government officials, including:

       a.   On March 12, 2018, the DEFENDANT left a voicemail for the assigned Assistant United States Attorney (hereinafter "assigned AUSA") stating that the Crown Prince requested her presence at the White House on March 20, 2018. The U.S. Government has confirmed that no such request has been made;

       b.   On March 12, 2018, the DEFENDANT called the direct office and mobile lines of an employee of the Department of State Office of the Chief of Protocol eight times, requesting to be cleared into the White House as a member of the official

delegation for the meeting with the President and the Crown Prince on March 20, 2018. The DEFENDANT knew general details about the President's planned meeting with the Saudi Crown Prince, which had been announced in a public White House Statement);

c. On March 13, 2018, the Defendant sent an email to Superior Court Judge Weisberg's chambers, copying assigned AUSA, claiming that the DEFENDANT has an appointment with the "Crown Prince of my Government that is mandatory" which she claimed conflicted with her next scheduled court date.

d. On March 14, 2018, White House Access Control reported that the DEFENDANT contacted the White House Operator and requested access to the White House on March 20, 2018, for a meeting with the Saudi Royal Prince.

In many of these communications, the DEFENDANT misrepresented herself as a member of the Royal Family of Saudi Arabia, using her alias, MAAYALA AL SAUD.

16.    On March 23, 2018, the DEFENDANT appeared before Judge Weisberg for an initial status hearing in 2018-CMD-003317.[2]  During this hearing, the government requested that the DEFENDANT be ordered to participate in a mental competency evaluation. Judge Weisberg declined this request, in part, because the DEFENDANT stated she would not comply with a competency evaluation. Judge Weisberg also permitted the DEFENDANT to remain on personal recognizance pending trial in 2018-CMD-003317, but that the DEFENDANT stay away from the Embassy as a condition, among others, of the DEFENDANT's pretrial release. A copy of Judge

---

[2] During this hearing, Judge Weisberg granted the DEFENDANT's request to proceed pro se.

Weisberg's order setting the DEFENDANT's conditions of release is attached as Attachment B.
Judge Weisberg set April 20, 2018, at the next status hearing in 2018-CMD-003317, and ordered
that the DEFENDANT return to court for the next status hearing.

17.    On April 13, 2018, the DEFENDANT sent an email to Judge Weisberg's chambers,
copying the assigned AUSA.   The subject line of the DEFENDANT's email was "Diplomatic
Immunity case Dismissal," and in the email, the DEFENDANT represented that she was the
"Deputy Crown Princess of Saudi Arabia."  The DEFENDANT's April 13, 2018, email stated:

> I'm sorry but in my hardship my country is under what everyone one
> is now calling sideways attacks ....we have been very busy ....the
> king has ordered me to return to the embassy and the leave to
> conduct my duties. With no disrespect from myself or my country I
> have to see to my duties ppl are dieing that over rules anything in
> my eyes we are trying to keep the Issue contained that they are not
> able to be used in other countries. If we limit them to the middle east
> .. trust me this is the best I can do for this Issue you have an update
> with supporting documents and King's signature.
>
> I am requesting respect fully to return to the embassy I could have
> just when with the Royal Guards but you have repected in part to
> my station in the Royal Family and I am honored for this in light of
> the issue ..Thank you
>
> Also the place where I was staying is closing on the 15th .. .
>
> I'm sorry I have a meeting and I'm using the public library to connect
> to the satilight up link
>
> The Crown Prince Mohammed bin Salman really wanted to meet
> you he ended his trip early to come to the hearing he was even
> excited but the King request us to focus on this issue
>
> I extend the honor of His Royal Excellency King Salman and
> greetings
>
> Please let me know if you should need anything else. Also I would
> only have to register with the state department if I was perment
> diplomat. That's all we are going to say on the Issue

> You state my pick a amount they feel is good for repayment of this incident and I'll ask the king if he agrees if they is good .
>
>  Again thank you for your time and consideration in this matter.

18.     At the April 20, 2018, scheduled status hearing in 2018-CMD-003317, the government again requested that the DEFENDANT be ordered to participate in a mental competency evaluation.  The DEFENDANT opposed the government's request and Judge Weisberg denied the government's request and scheduled the trial in 2018-CMD-003317 to commence on July 18, 2018, with another status hearing to occur on June 22, 2018.  At the conclusion of the April 20, 2018, status hearing, the DEFENDANT remained on personal recognizance pending trial, but a condition of the DEFENDANT's pretrial release, inter alia, was that the DEFENDANT stay away from the Embassy, as well as employees and officials of the Kingdom of Saudi Arabia in the District of Columbia, Virginia, and Maryland.

19.     On May 4, 2018, at 6:41 a.m., the DEFENDANT sent an email to the assigned AUSA.  In the DEFENDANT's May 4, 2018, email, the DEFENDANT stated:

> While everyone agrees that my paperwork is legal and I am a legal Diplomat with Diplomatic Immunity I've sent my paperwork to the Hague I've done what they intend to be done for a Diplomat who lost her Diplomatic passport and obtain all support documents. The papers are legal and can uphold in anycourt(I can not lose this it will set woman back so far because we have the paperwork and the men will us this to ignore women the rightfullness of authority supported by there paperwork) King has ordered it but want we are in places these far and can not use the Embassy it's that much harder so I have to ask for your help .....I need to go to the embassy to get a temporary passport in the book form the king think I should have that too. Even though the law states that you can not after 2 passports are missing you can not get a 3rd without going to arabia or it could be that they are trying to set me up again. But the King order it after I explained y I am homeless . This corruption case has the king very upset and we just keep finding more and more evidence ...I'm now starting to look at my country differently from the innocence I use to have of it. I feel I can talk freely we are both peers of the law. I

want to go and see if they will Issue it like the king asked .I have to go and take the picture.

So, here's what we'll do ..I'll go over there state what the king wants and if anyone ask I will note that this was a legal documentative action that required me to be there for the picture and the legalized passport process .I'll also note that you where informed and that is the only thing I will be doing in my visit
Not to worry I don't have to leave the lobby area it's all done on the first floor. I do not want to go anywhere else. The King wants it . I have to do it. Unless you want to go with me they have no clue who you are so you can see for yourself.

I like being a investigative Attorney Prosecutors it let's me really get in to the case. And this corruption case with in the Saudi Arabia Government has really tested my will.
Do you know I'm still homeless

Although the king has sent money to the embassy for me ...they keep it and say after your case you can get your bank card .....men are crazy they hate me and are using this time to show it.
They will have to respect that I am there boss.
Anyway that's the plan.

At 1:33 p.m., on May 4, 2018, the assigned AUSA responded to the DEFENDANT via email, "Please do not go to the Embassy. The court has ordered you to stay away from both the Embassy and Saudi officials in the area, and those orders remain in place. [] Judge Weisberg's orders instructing you not to go to the Embassy or contact Embassy officials are still in effect." The DEFENDANT responded at 2:20 p.m., on May 4, 2018, via email, and said that she understood the assigned AUSA's email from 1:33 p.m. Subsequently, the assigned AUSA sent the following email to the DEFENDANT,[3] "Please have the King's staff send me the order you reference. I will review it with the appropriate authorities, and, if appropriate, I would ask the court to modify the stay away so you could comply with a legitimate order from the King of Saudi

---

[3] At this time, the DEFENDANT was still proceeding pro se.

Arabia.  Please remember the stay away is currently in place and remains in place unless and until the court modifies it."

20.    On May 7, 2018, sometime on or before 9:34 a.m., the DEFENDANT called the USSS Control Center and told a USSS representative that she was en route to the Saudi Embassy to pick up her personal property, specifically her suitcases, and that she wanted an officer escort to assist with her efforts to regain her personal property.  During this call, the DEFENDANT advised the USSS Control Center that she had a "barring notice" from the Embassy; the USSS Control Center advised the DEFENDANT that if she had a "barring notice" from the Embassy, the DEFENDANT would not be permitted to enter the Embassy.

21.    Subsequently, USSS Officer Eikenberg responded to the Embassy and encountered the DEFENDANT standing on the sidewalk in the median in front of the Embassy.  Officer Alexander arrived shortly thereafter and approached the DEFENDANT, who was with Officer Eikenberg and standing on the median in front of the Embassy, approximately 53 feet away from the Embassy's property line.  At this time, "employees and officials of the Kingdom of Saudi Arabia" were working in the Embassy, which was located within 100 yards of where the DEFENDANT was standing, in violation of one of the DEFENDANT's conditions of release in 2018-CMD-003317. *See* Attachment B.   Officer Alexander asked the DEFENDANT for identification.   The DEFENDANT provided two forms of photo identification: (1) a D.C. Department of Corrections Identification Card and (2) a Library of Congress Card.  The DEFENDANT's photograph was on both forms of identification.  In addition, both identifications represented that the DEFENDANT's name was MAYAALLA AL SAUD.  The D.C. Department of Corrections Identification Card included: (1) a fictitious social security number of ███████, (2) ████████████, as the DEFENDANT's date of birth, and (3) the Embassy's address as the DEFENDANT's address.

10

22.     Law enforcement has confirmed that the social security number included in the D.C. Department of Corrections identification card is associated with 29 individuals, none of whom are the DEFENDANT or any of the DEFENDANT's aliases.   Moreover, law enforcement has confirmed that the DEFENDANT's/LATOYA MAHONEY-SMITH's true social security number is ████████, and that the DEFENDANT's true date of birth is ████████████.

23.     Also on the scene, the officers checked law enforcement records and confirmed that the DEFENDANT was ordered to stay away from the Embassy as part of the DEFENDANT's conditions of release in 2018-CMD-003317.  The officers then asked the DEFENDANT if she was aware of the stay-away order and that she was not permitted to go to the Embassy; the DEFENDANT said that she was aware of the stay-away order and that she had tried "hard" to comply with the order.  The officers advised the DEFENDANT that she was in violation of the conditions of release in 2018-CMD-003317 and arrested the DEFENDANT.   After the officers arrested the DEFENDANT, the DEFENDANT told the officers that she was a citizen of Saudi Arabia, that she was a diplomat, and that she did not have her passport but only an "e-file" of her passport—which was one of the reasons why she had previously gone to the Embassy.  The officers confirmed that LATOYA MAHONEY-SMITH, also known as MAYAALLA AL SAUD, was not a diplomat per records held by the United States Department of State.   Subsequently, DEFENDANT was transported to Washington, D.C.'s Metropolitan's Police Department's Second District for law enforcement processing.

## **CONCLUSION**

24.     Based on the foregoing, I respectfully submit there is probable cause to believe that the DEFENDANT, LATOYA MAHONEY-SMITH, also known as MAYAALLA Al SAUD, who is pictured in the photograph attached hereto as Attachment A, has violated federal law by repeatedly

Falsely Pretending to be a Foreign Diplomat, Consul, or Officer, in violation of 18 U.S.C. § 915, including on February 26, 2018, when the DEFENDANT fraudulently misrepresented to Officer Sedam that the DEFENDANT's name was MAYAALA-MUQADDIM BINT ABDULLAH BIN ABDULLAH BIN ABDULAZIZ and that the DEFENDANT was the Deputy Crown Princess of Saudi Arabia when Officer Sedam was attempting to arrest the DEFENDANT.  *See*, *e.g.*, *United States v. Callaway*, 446 F.2d 753 (3d Cir. 1971) (finding that defendant's use of purported and fictitious diplomatic privileges and status as a "shield against the law," qualified as basis for 18 U.S.C. § 915 charge because the defendant's "impersonation of a duly accredited Canadian diplomat allowed him to avoid lawful authority and obtain release from possible custody and arrest").

25.     I also respectfully submit that there is probable cause to believe that the DEFENDANT LATOYA MAHONEY-SMITH, also known as, MAYAALLA Al SAUD, who is pictured in the photograph attached hereto as Attachment A, has committed the D.C. offense of Contempt of Court, in violation of 23 D.C. Code § 1329 (2001 ed.) for violating one of the DEFENDANT's conditions of pretrial release in 2018-CMD-003317, requiring that the DEFENDANT stay away from the Embassy and have no contact with "employees and officials of the Kingdom of Saudia Arabia," and remain at least 100 yards away from their home or place of employment.

_____
Zachary Sedam
Officer
United States Secret Service

Subscribed and sworn before me this 8th day of May 2018.


_____
The Honorable G. Michael Harvey
United States Magistrate Judge

# **ATTACHMENT A**



**LAW ENFORCEMENT USE ONLY**
Do not disseminate further without U.S. Secret Service approval.

# U.S. SECRET SERVICE
## Emb Stay Away, Special Interest for National Capital Region



| | |
|---|---|
| Subject Name: | **Latoya MAHONEY-SMITH** |
| AKA: | **AL SAUD Mayaala; AL SAUD Mayaalla; AL SAUD Mayalla; ALSAUD Mayaala; ALSAUD Mayaalla; ALSAUD Mayalla; ENCARNACION Latoya; MAHONEY Latoya Leona; MAHONEY SMITH La Toya Leona; MAHONEY SMITH Latoya; MAHONEY Smith Latoya; MAHONEY-SMITH La Toya Leona; MAHONEYSMITH Latoya Leona; SMITH La M; SMITH Latoya Leona; SMITH Latoya Leona Mahoney; SMITH Mahoney Latoya** |
| Case #: | **127-679-0043861** |
| FBI #: | **571347CC9** |
| SID #: | ▓▓▓▓▓▓▓ |
| Race/Sex: | **Black / Female** |
| Eyes/Hair: | **Brown / Black** |
| Height/Weight: | **5ft 7in / 215 lbs** |
| DPOB: | ▓▓▓▓▓▓▓ |
| SSN: | ▓▓▓▓▓▓▓ |
| Whereabouts (Unknown): | **Washington DC** |

DO NOT ARREST BASED SOLELY ON THIS INFORMATION. YOU MAY DETAIN UPON REASONABLE SUSPICION OF POSSIBLE CRIMINAL ACTIVITY.

Photo Date:     02/26/2018

# **ATTACHMENT B**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

**UNITED STATES OF AMERICA**

v.

**MAYAALLA AL SAUD**

**PDID NO.:** 0730193

**Intake Date:** 02/27/2018

**Lock Up No. :** 55

**Criminal Case No.:** 2018CMD003317

**DCTN:** U18006416

### STAY AWAY / NO CONTACT ORDER

You, the defendant in this case, **MUST** obey the following conditions, which are being imposed **IN ADDITION** to any other conditions that the Court may impose pursuant to D.C. Code Section 23-1321. You **MUST** abide by these conditions until this case is disposed of or until they are changed by the Court.

☐ NO ASSAULTIVE, THREATENING, ABUSIVE, HARASSING, OR STALKING BEHAVIOR TOWARD:

☒ YOU ARE TO STAY AWAY FROM THE PERSONS LISTED BELOW: Names and addresses (if applicable) of victims/witnesses

Employees and officials of the Kingdom of Saudi Arabia while in the District of Columbia, Maryland, and Virginia.

**YOU, THE DEFENDANT, ARE TO HAVE NO CONTACT WITH ANY OF THE PERSONS NAMED ABOVE BY ANY MEANS WHATSOEVER. THIS MEANS THAT YOU SHALL REMAIN AT LEAST 100 YARDS AWAY FROM THEM, THEIR HOME, AND/OR THEIR PLACE OF EMPLOYMENT, AND THAT YOU SHALL NOT COMMUNICATE OR EVEN ATTEMPT TO COMMUNICATE WITH ANY OF THESE PERSONS NAMED ABOVE, EITHER DIRECTLY OR THROUGH ANY OTHER PERSON (EXCEPT THROUGH YOUR LAWYER), BY TELEPHONE, WRITTEN MESSAGE, ELECTRONIC MESSAGE, PAGER, ON ANY FORM OF SOCIAL MEDIA, OR OTHERWISE.**

☐ YOU must obtain a police escort to retrieve belongings from:

☒ YOU ARE TO STAY AWAY FROM THE FOLLOWING PLACES OR AREA(S):
EMBASSY OF SAUDI ARABIA, 601 NEW HAMPSHIRE AVE NW
The Residence of the Ambassador of Saudi Arabia, Mclean VA
The White House complex at 1600 Pennsylvania Ave NW
The U.S. Capitol complex at East Capitol St NE & First St SE
U.S. Department of State at 2201 C ST NW

☒ A check here means a map is attached.     Area(s) Affected:

☐ YOU MUST ALSO OBSERVE THE FOLLOWING CONDITION(S):

Copies:     COURT JACKET     DEFENDANT     DEFENSE COUNSEL     PRETRIAL SERVICES AGENCY

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

**UNITED STATES OF AMERICA**

v.

**MAYAALLA AL SAUD**

**PDID NO.:** 0730193

**Intake Date:**  02/27/2018

**Lock Up No. :**  55

**Criminal Case No.:**  2018CMD003317

**DCTN:** U18006416

*ANY VIOLATION OF ANY OF THESE CONDITIONS, OR ANY OTHER CONDITION IMPOSED BY THE COURT, MAY RESULT IN IMMEDIATE NOTIFICATION BEING MADE TO THE COURT AND COULD RESULT IN YOUR PROSECUTION FOR CONTEMPT OF COURT THE REVOCATION OF YOUR RELEASE PURSUANT TO D.C. CODE SECTION 23-1329, AND/OR YOUR DETENTION PENDING FINAL DISPOSITION OF THIS CASE.*

DATE:

SO ORDERED:

Signature of Defendant

Signature of Judicial Officer

Copies:    COURT JACKET        DEFENDANT        DEFENSE COUNSEL        PRETRIAL SERVICES AGENCY



Stay away from the area bounded by and including: 3rd St, NW / Constitution Ave, NW / Louisiana Ave, NE / D St, NE / 2nd St, NE / C St, SE / First St. SE / D St. SE / Washington Ave, SW / Independence Ave, SW / 3rd St, SW /
Satellite
Traffic
Massachusetts Ave NE
D St NE
D St NE
Lower Senate Park
2nd St NE
C St NE
Delaware Ave NE
Louisiana Ave NW
Constitution Ave NE
Maryland Ave NE
Methodist Bldg
Civil War Sailors Statue
The US Capitol Visitor Center
Capitol Reflecting Pool
East Capitol St NE
E Capitol St SE
Folger Shakespeare Library
Lutheran Church Of The Reformation
St Marks Episcopal Church
United States Botanic Garden
Madison Dr NW
Jefferson Dr SW
3rd St NW
3rd St SW
4th St NW
4th St SW
First St NW
1st St NE
1st St SE
2nd St SE
Southwest Dr
Independence Ave SW
Independence Ave SE
Pennsylvania Ave SE
S Capitol St SW
Administration on Aging
C St SW
The Spirit of Justice Park
Capitol South Metro
Capitol South Station
Capitol Hill
C St SE
D St SW
D St SE
Federal Center Metro
Folger Park
Constitution Ave
A St NE
3rd St NE
3rd St SE
4th St NE
4th St SE
5th St NE
5th St SE
Library Ct SE
500 ft
200 m
Map data ©2013 Google, Sanborn - Edit in Google Map Maker Report a problem



Stay away from area bounded by and including:
/ I Street, NW
/ 14th Street, NW
/ Constitution Ave, NW
/ 18th Street, NW
K St NW
I St NW
H St NW
G St NW
F St NW
E St NW
D St NW
Constitution Ave NW
19th St NW
18th St NW
17th St NW
16th St NW
15th St NW
14th St NW
13th St NW
12th St NW
Pennsylvania Ave NW
Jackson Pl NW
Madison Pl NW
South Pl NW
Ellipse Rd NW
Farragut
McPherson Sq Metro
Sofitel Washington DC Lafayette Square
Bobby Van's Steakhouse
Bobby Van's Grill
Bibiana
The World Bank
University Yard
Juan Valdez Cafe
Eisenhower Executive Office Bldg
North Lawn Fountain
The White House
White House Rose Garden
J&G Steakhouse
Elliott School of International Affairs
The White House South Lawn
Freedom Plaza
Triangle Park (San Martin Statue) Park
District of Columbia Government
DAR Daughters of the American Revolution
The Ellipse
Woodrow Wilson International Center for Scholars
Federal Triangle Metro
José Cecilio Del Valle
Organization of American States
US Dept of Commerce
Constitution Gardens Pond



Map data ©2018 Google      100 ft